IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALEXIS MCDONALD, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. CIV-24-0335-HE |
| ) | |
| AMANDA LILLY, et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

Plaintiff Alexia McDonald, Jr., a state pretrial detainee proceeding *pro se*, brought this action pursuant to 42 U.S.C. § 1983, asserting violations of his constitutional rights. On May 31, 2024, U.S. Magistrate Judge Suzanne Mitchell issued a Report and Recommendation recommending the dismissal of plaintiff's complaint in its entirety, with leave to amend within twenty-one days of any order adopting the Report and Recommendation. Plaintiff was advised of his right to object to the Report and Recommendation by June 21, 2024. No objection has been filed. Plaintiff has therefore waived his right to appellate review of the factual and legal issues addressed in the report. Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** Magistrate Judge Mitchell's Report and Recommendation [Doc. #10], **DISMISSES** plaintiff's complaint in its entirety, and **GRANTS** plaintiff leave to file an amended complaint. Said amended complaint shall be filed on or before August 10, 2024.

**IT IS SO ORDERED**.

Dated this 16th day of July, 2024.

                                             _____
                                             JOE HEATON
                                             UNITED STATES DISTRICT JUDGE